IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LABMD, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-852 (AJT/IDD) |
| | ) |
| THE PRIVACY INSTITUTE, *et al.* | ) |
| | ) |
| Defendants. | ) |

## ORDER

This MATTER is before the Court on the Defendants Reed Smith, LLP's and Jarrod D. Shaw's Motion for Setting of a Time to Respond to Complaint [Dkt. No. 8]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. In consideration of the Motion and the Opposition, it is hereby

**ORDERED** that the Motion is **DENIED without prejudice as premature**. The Court will not set a deadline in which Defendants may respond to the Complaint prior to service of process.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 23rd day of July 2019.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia